EDITH E. McClintock, as Administratrix of the Estate of Thomas McClintock, Deceased, Respondent, *v.* Albert E. Santana, Doing Business as Daytime Dress Company, Appellant.

Argued April 20, 1948; decided May 20, 1948.

*John J. Cunneen* and *Jacob Schild* for appellant.
*Sydney A. Syme* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.